[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-16476
Non-Argument Calendar
_____

D.C. Docket No. 6:15-cr-00209-PGB-TBS-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

VIRGINIA MILLER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(July 18, 2017)

Before MARCUS, MARTIN, and FAY, Circuit Judges.

PER CURIAM:

Meghan Ann Collins, appointed counsel for Virginia Miller, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S. Ct. 1396 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Miller's convictions and sentence are **AFFIRMED**.